B6D (Official Form 6D) (12/07)

In re __Denise E McCaskill__ , Case No. __15-28951__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 2011 Buick Regal average condition, in debtor's possession | | | | | |
| **GM Financial of Wisconsin** **PO Box 1510** **Cockeysville, MD 21030** | - | | | | | | | | | |
| | | | | | Value $  **11,900.00** | | | | **17,500.00** | **5,600.00** |
| Account No. | | | | | 12/2014 PMSI Sofa | | | | | |
| **Grean American Finance Company** **20 N. Wack Dr** **Suite 2275** **Chicago, IL 60606** | | | | | | | | | | |
| | | | | | Value $  **500.00** | | | | **809.93** | **309.93** |
| Account No. | | | | | Notice 2011 Buick Regal | | | | | |
| **Kunes Country Chevy Cadillac** **1231 E Geneva St** **Delavan, WI 53115** | - | | | | | | | | | |
| | | | | | Value $  **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **18,309.93** | **5,909.93** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **18,309.93** | **5,909.93** |

In re __Denise E McCaskill__ , Case No. __15-28951__

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | C | | | | | |
| Account No. | | | | | | | | | |
| Ace Cash Express 1935 W. Silver Spring Dr. Milwaukee, WI 53209 | | - | | | | | | | 1,129.50 |
| Account No. | | | | | | | | | |
| All Credit Lenders 10400 W Silver Spring Dr # 200 Milwaukee, WI 53225 | | - | | | | | | | 3,027.18 |
| Account No. xxx0718 | | | | | Opened 8/01/13 | | | | |
| Americollect Inc 1851 S Alverno Rd Manitowoc, WI 54220 | | - | | | Collection Attorney Paratech Ambulance Service Inc | | | | 119.00 |
| Account No. xxx6693 | | | | | Opened 7/01/11 | | | | |
| Americollect Inc 1851 S Alverno Rd Manitowoc, WI 54220 | | - | | | Collection Attorney Paratech Ambulance Service | | | | 67.00 |

__11__ continuation sheets attached

Subtotal (Total of this page)     4,342.68

In re  **Denise E McCaskill**                                                                                          Case No.  **15-28951**
_____,
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0670** | | | Opened 8/01/13 | | | | |
| **Americollect Inc** 1851 S Alverno Rd Manitowoc, WI 54220 | - | | Collection Attorney Paratech Ambulance Service Inc | | | | 17.00 |
| Account No. **xxxx4019** | | | Opened 6/01/11 | | | | |
| **AMO Recoveries** Attn: Bankruptcy Po Box 926100 Norcross, GA 30010 | - | | Collection Attorney Emergency Medicine Specialists | | | | 576.00 |
| Account No. **xxxx3457** | | | Opened 11/01/14 Last Active 6/04/15 | | | | |
| **Axcssfn/cngo** 7755 Montgomery Rd Ste 4 Cincinnati, OH 45236 | - | | Unsecured | | | | 2,115.00 |
| Account No. **xxxx3981** | | | Opened 11/01/14 Last Active 11/20/14 | | | | |
| **Axcssfn/cngo** 7755 Montgomery Rd Ste 4 Cincinnati, OH 45236 | - | | Unsecured | | | | Unknown |
| Account No. **xxxxxxxxxxx1340** | | | Opened 6/01/12 Last Active 1/17/15 | | | | |
| **Capital 1 Bank** Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | - | | Credit Card | | | | 620.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,328.00 |
|---|

In re **Denise E McCaskill**            Case No. **15-28951**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Capital Drive Loans** <br> **3512 W Capitol Drive** <br> **Milwaukee, WI 53216** | - | | | | | | 883.00 |
| Account No. <br><br> **Cash Store** <br> **1901 Gateway Drive, Suite 200** <br> **Irving, TX 75038** | - | | | | | | 1,616.91 |
| Account No. <br><br> **CashNetUSA** <br> **200 W. Jackson Blvd., 14th Floor** <br> **Chicago, IL 60606** | - | | | | | | 685.95 |
| Account No. **xxxx9502** <br><br> **Cb Accts Inc** <br> **124 Sw Adams St. Suite 215** <br> **Peoria, IL 61602** | - | | Medical | | | | 150.00 |
| Account No. <br><br> **Check into Cash** <br> **324 S. State Street, Suite 201** <br> **Salt Lake City, UT 84114** | - | | | | | | 244.00 |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,579.86**

In re __Denise E McCaskill__ ,     Case No. ___15-28951___

Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |||DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Check N Go**<br>**6505A South 27th Street**<br>**Franklin, WI 53132** | - | | | | | | | | **3,391.84** |
| Account No. | | | | | | | | | |
| **Comenity Bank**<br>**PO Box 182273**<br>**Columbus, OH 43218** | - | | | | | | | | **369.00** |
| Account No. xxxxxxxxxxxx1105 | | | | | Opened 3/01/14 Last Active 7/31/14<br><br>Charge Account | | | | |
| **Comenity Bank/Inbryant**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | - | | | | | | | | **369.00** |
| Account No. xxxx8472 | | | | | 06 Progressive Insurance Company | | | | |
| **Credit Collections Svc**<br>**Po Box 773**<br>**Needham, MA 02494** | - | | | | | | | | **143.00** |
| Account No. | | | | | | | | | |
| **Dental Associates**<br>**11711 W Burleigh St**<br>**Milwaukee, WI 53222** | - | | | | | | | | **Unknown** |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **4,272.84**

In re __Denise E McCaskill__ , Case No. ___15-28951___

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dental Associates Ltd. of Wisconsin**<br>**PO Box 78527**<br>**Milwaukee, WI 53278** | - | | | | | | 90.00 |
| Account No. **xxxxxxxxxx8586**<br><br>**Dept Of Education/neln**<br>**121 S 13th St**<br>**Lincoln, NE 68508** | - | | Opened 3/01/13 Last Active 6/30/15<br><br>Educational | | | | 20,500.00 |
| Account No. **xxxxxxxxxx4279**<br><br>**Dept Of Education/neln**<br>**121 S 13th St**<br>**Lincoln, NE 68508** | - | | Opened 3/01/14 Last Active 6/30/15<br><br>Educational | | | | 15,989.00 |
| Account No. **xxxxxxxxxx1286**<br><br>**Dept Of Education/neln**<br>**121 S 13th St**<br>**Lincoln, NE 68508** | - | | Opened 2/01/12 Last Active 6/30/15<br><br>Educational | | | | 12,000.00 |
| Account No. **xxxxxxxxxx5679**<br><br>**Dept Of Education/neln**<br>**121 S 13th St**<br>**Lincoln, NE 68508** | - | | Opened 12/01/14 Last Active 6/30/15<br><br>Educational | | | | 8,512.00 |

Sheet no. __4___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **57,091.00**

In re __Denise E McCaskill__ , Case No. ___15-28951___

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx1386<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | Opened 2/01/12 Last Active 6/30/15<br><br>Educational | | | | 8,500.00 |
| Account No. xxxxxxxxxx3499<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | Opened 11/01/10 Last Active 6/30/15<br><br>Educational | | | | 7,625.00 |
| Account No. xxxxxxxxxx9199<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | Opened 12/01/09 Last Active 6/30/15<br><br>Educational | | | | 7,000.00 |
| Account No. xxxxxxxxxx9099<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | Opened 12/01/09 Last Active 6/30/15<br><br>Educational | | | | 5,500.00 |
| Account No. xxxxxxxxxx0986<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | Opened 12/01/08 Last Active 6/30/15<br><br>Educational | | | | 5,250.00 |

Sheet no. __5___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **33,875.00**

In re  **Denise E McCaskill**                                    ,        Case No.  **15-28951**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxx3399<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | | | Opened 11/01/10 Last Active 6/30/15<br><br>Educational | | | | 4,875.00 |
| Account No. xxxxxxxxxx0886<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | | | Opened 12/01/08 Last Active 6/30/15<br><br>Educational | | | | 4,125.00 |
| Account No. xxxxxxxxxx0686<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | | | Opened 7/01/08 Last Active 6/30/15<br><br>Educational | | | | 2,250.00 |
| Account No. xxxxxxxxxx0786<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | | | Opened 7/01/08 Last Active 6/30/15<br><br>Educational | | | | 2,000.00 |
| Account No. xxxxxxxxxx8999<br><br>Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | - | | | | Opened 8/01/09 Last Active 6/30/15<br><br>Educational | | | | 1,750.00 |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **15,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Denise E McCaskill**,    Case No. **15-28951**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx8899 <br><br> Dept Of Education/neln <br> 121 S 13th St <br> Lincoln, NE 68508 | | - | | Opened 8/01/09 Last Active 6/30/15 <br><br> Educational | | | | 1,375.00 |
| Account No. <br><br> Dish Network <br> Dept. 0063 <br> Palatine, IL 60055 | | - | | | | | | 172.00 |
| Account No. xxxxxx0001 <br><br> Educators Credit Union <br> Attn: Bankruptcy Dept <br> 1400 N Newman Road <br> Racine, WI 53406 | | - | | Opened 5/01/15 Last Active 6/19/15 <br><br> Unsecured | | | | 512.00 |
| Account No. <br><br> Educators Credit Union <br> 1400 N Newman Road <br> Racine, WI 53406 | | - | | | | | | 529.00 |
| Account No. xxxxx3500 <br><br> Glelsi/wells Fargo Bk <br> 2401 International <br> Madison, WI 53704 | | - | | Opened 3/01/07 Last Active 1/01/10 <br><br> Educational | | | | Unknown |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,588.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **Denise E McCaskill** , Case No. **15-28951**
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx2203** <br><br> **Great American Finance** <br> **Attn: Bankruptcy** <br> **20 N Wacker Dr. Suite 2275** <br> **Chicago, IL 60606** | - | | | **Opened 1/01/15 Last Active 3/20/15** <br><br> **Household Goods** | | | | 885.00 |
| Account No. <br><br> **Great american Finance** <br> **20 N Upper Wache rDr #2275** <br> **Chicago, IL 60606** | - | | | | | | | 895.00 |
| Account No. **xxxxx5699** <br><br> **Nelnet Lns** <br> **Po Box 1649** <br> **Denver, CO 80201** | - | | | **Opened 3/01/07 Last Active 6/30/15** <br><br> **Educational** | | | | 4,000.00 |
| Account No. **xxxxx5499** <br><br> **Nelnet Lns** <br> **Po Box 1649** <br> **Denver, CO 80201** | - | | | **Opened 3/01/07 Last Active 6/30/15** <br><br> **Educational** | | | | 2,625.00 |
| Account No. **xxxxx5599** <br><br> **Nelnet Lns** <br> **Po Box 1649** <br> **Denver, CO 80201** | - | | | **Opened 1/01/08 Last Active 6/30/15** <br><br> **Educational** | | | | 2,250.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 10,655.00

In re __Denise E McCaskill__ ,     Case No. ___15-28951___

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5799**<br><br>**Nelnet Lns**<br>**Po Box 1649**<br>**Denver, CO 80201** | - | | Opened 1/01/08 Last Active 6/30/15<br><br>**Educational** | | | | 2,000.00 |
| Account No. **xxxxx7823**<br><br>**Optimum Outcomes Inc**<br>**2651 Warrenville Rd Ste**<br>**Downers Grove, IL 60515** | - | | Opened 8/01/14<br><br>**Collection Attorney Community Memorial Hospital** | | | | 200.00 |
| Account No. **xxxx9603**<br><br>**Osi Collect**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | - | | Opened 7/01/10<br><br>**Collection Attorney Wf Medical Group  Inc** | | | | 101.00 |
| Account No.<br><br>**Progressive**<br>**PO Box 31260**<br>**Tampa, FL 33631** | - | | | | | | 147.00 |
| Account No.<br><br>**Speedy Loan**<br>**7410 W. Capitol Drive**<br>**Milwaukee, WI 53216** | - | | | | | | 345.00 |

Sheet no. __9___ of __11___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **2,793.00**

In re __Denise E McCaskill_____,  Case No. ____15-28951_____

_Debtor_

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**USA Payday Loan**<br>**2755 S. 108th St**<br>**Milwaukee, WI 53227** | - | | **USA Payday Loans # 9304 vs. Denise McCaskill**<br><br>**Milwaukee County Case Number 2015SC017059** | | | | **1,489.77** |
| Account No.<br><br>**USA Payday Loan**<br>**2755 S. 108th St**<br>**Milwaukee, WI 53227** | - | | | | | | **1,351.77** |
| Account No.<br><br>**USAWebCash**<br>**3175 Commercial Ave**<br>**Suite 201**<br>**Northbrook, IL 60062** | - | | | | | | **300.00** |
| Account No.<br><br>**Wheaton Franciscan**<br>**100 S Owasso Blvd W**<br>**Saint Paul, MN 55117** | - | | | | | | **Unknown** |
| Account No.<br><br>**Wheaton Franciscan Healthcare**□□<br>**400 W. River Woods Parkway**□□<br>**Milwaukee, WI 53212** | - | | | | | | **417.20** |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,558.74**

In re    **Denise E McCaskill**                                                                                          ,    Case No.    **15-28951**
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3023**<br><br>**Wi Electric / Wi Energies**<br>**Attention: Jill Costello**<br>**Po Box 2046 Room A130**<br>**Milwaukee, WI 53201** | - | | **Opened 12/01/14 Last Active 7/31/15**<br><br>**Agriculture** | | | | **759.00** |
| Account No. **xxxxxxx8901**<br><br>**World Finance Corp**<br>**1890 Meadow Lane Ste 103**<br>**Waukesha, WI 53188** | - | | **Opened 12/01/14 Last Active 5/01/15**<br><br>**Secured** | | | | **1,200.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,959.00** |
| | Total (Report on Summary of Schedules) | **143,043.12** |